500 P.3d 380 (Mem)
IN RE: The PEOPLE of the State of Colorado, Petitioner,
IN the INTEREST OF Minor Children: A. L. and R. L., Children,
and
Concerning C. L. and R. L.-M., Respondents.
Supreme Court Case No: 2020SA425 Supreme Court of Colorado.
DATE FILED: January 19, 2021
ORDER OF COURT
Upon further consideration of the above captioned matter and now being sufficiently advised in the premises,
We conclude that we issued the December 31, 2020 Rule to Show Cause improvidently; therefore,
IT IS ORDERED that the original proceeding before this Court is DISMISSED. We return jurisdiction in this matter to the Court of Appeals for further proceedings in the underlying action.